# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DAMION D. RAIFORD**                                                                 **PLAINTIFF**

**v.**                                                              **CAUSE NO. 1:21cv5-LG-RPM**

**HARRISON COUNTY ADULT**
**DETENTION CENTER, ET AL.**                                                   **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this lawsuit be

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 21st day of April, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE